UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ALLAH, | ) | No. CV 09-8517 GW (FFM) |
|     Petitioner, | ) ) ) | JUDGMENT |
|    v. | ) ) | |
| ANTHONY HEDGPETH, Warden, | ) ) | |
|     Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 15, 2012

                                              GEORGE WU
                                   United States District Judge